# UNITED STATES DISTRICT COURT
for the
District of Vermont

ROLAND LUXENBERG as successor Guardian and father of John Doe; LINDA LUXENBERG, for herself,

*Plaintiff(s)*

v.

VERMONT DEPARTMENT OF DISABILITIES, AGING AND INDEPENDENT LIVING et al

*Defendant(s)*

Civil Action No.   2:22-cv-188

## JUDGMENT IN A CIVIL ACTION

☐    **Jury Verdict.**

☑    **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document 341) filed July 18, 2025, defendants Washington County Mental Health Services, Mary Moulton and Lamoille County Mental Health Services's Motion for Summary Judgment (Document 313), defendant Monica White's Motion for Summary Judgment on Count VIII, Count XIII and Count XIV  (Document 316), defendant Vermont Department of Aging and Independent Living's Motion for Summary Judgment on Count VII (Document 317) and defendants Vermont Department of Aging and Independent Living, Monica White, and Jennifer Garabedian's Motion for Summary Judgment on Count III, IV, Count VI, Count XI and Count X (Document 318) are GRANTED. JUDGMENT is entered for defendants Vermont Department of Disabilities Aging and Independent Living, Monica White, Jennifer Garabedian, Washington County Mental Health Services Inc., Mary Moulton, and Lamoille County Mental Health Services, Inc., against plaintiffs Roland Luxenberg and Linda Luxenberg.

Previously, pursuant to the court's Entry Order (Document 296) filed November 26, 2024, Linda Luxenberg's personal injury and emotional distress claims were DISMISSED.

Date:   July 22, 2025

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   7/22/2025

*/s/ Lisa Wright*

*Signature of Clerk or Deputy Clerk*